IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HENRY'S LOUISIANA GRILL, INC. and HENRY'S UPTOWN LLC, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION FILE NO.: _____ |
| ALLIED INSURANCE COMPANY OF AMERICA, ) ) ) | |
| Defendant. ) ) | |

## **NOTICE OF REMOVAL**

Defendant Allied Insurance Company of America ("Allied") hereby removes this action from the Superior Court of Cobb County, Georgia, and states as follows:

1.

This civil action was filed on June 12, 2020, in the Superior Court of Cobb County, Georgia under the caption *Henry's Louisiana Grill, Inc. and Henry's Uptown LLC, Plaintiffs, v. Allied Insurance Company of America, Defendant,* Civil Action No. 20103304 ("State Court Action"). Allied was served through its registered agent for service of process on June 15, 2020.

(Exhibit A.)  This notice is filed timely within 30 days thereafter as allowed by 28 U.S.C. § 1446(b).

2.

Plaintiff Henry's Louisiana Grill, Inc. is a Georgia corporation with its principal place of business in Georgia. Thus, Henry's Louisiana Grill, Inc. is a citizen of Georgia for purposes of federal court diversity jurisdiction.

3.

Plaintiff Henry's Uptown LLC is a Georgia Limited Liability Company. The members of Henry's Uptown LLC are citizens of Georgia. Therefore, for purposes of federal court jurisdiction, Henry's Uptown LLC is a citizen of Georgia.  See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2014) (explaining that the citizenship of a limited liability company for purposes of diversity jurisdiction is the citizenship of its members.)

4.

Defendant Allied is an Ohio corporation with a principal place of business in Ohio.  Thus, Allied is a citizen of Ohio for purposes of federal court diversity jurisdiction.

5.

Plaintiffs seek damages in excess of $75,000, exclusive of costs and interest. Specifically, Plaintiffs seek a declaratory judgment that a commercial property insurance policy issued by Allied provides coverage subject to the policy's terms, provisions and/or exclusions for loss of business income that plaintiffs incurred as a result of having to comply with governmental orders related to Covid-19 (See Exhibit A, p. 8, ¶¶ 27 and 28.) In a recorded statement taken on April 7, 2020, plaintiffs' representative told Allied that plaintiffs had incurred losses of $238,000 in their restaurant businesses and that she expected this amount to grow.

6.

This case is removable to this Court based on its diversity of citizenship jurisdiction pursuant to 28 U.S.C. §§ 1332(a) and 1441.

7.

Pursuant to 28 U.S.C. § 1446(a), the case is removable to this Court where the State Court Action is pending.

8.

Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on defendant is attached hereto as Exhibit A.

9.

Defendant will file a Notice of Filing Notice of Removal with the Clerk of the Superior Court of Cobb County and give prompt written notice of the filing of this Notice of Removal to counsel of record for plaintiffs as required by 28 U.S.C. § 1446(d). (Exhibit B, attached.)

10.

WHEREFORE, Allied removes this matter to this Court.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Philip W. Savrin*
PHILIP W. SAVRIN
Georgia Bar No. 627836
psavrin@fmglaw.com
W. SHAWN BINGHAM
Georgia Bar No. 839706
sbingham@fmglaw.com

*Attorneys for Defendant Allied Insurance Company of America*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  770.937.9960

4

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the within and foregoing **NOTICE OF REMOVAL** by depositing a true and correct copy thereof in the United States mail, postage prepaid, properly addressed, and electronically filed the same with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing, to the following attorneys of record:

> James J. Leonard, Esq.
> Barnes and Thornburg LLP
> Prominence in Buckhead
> 3475 Piedmont Road, Suite 1700
> Atlanta, Georgia  30305

This 14th day of July 2020.

> */s/ Philip W. Savrin*
> Philip W. Savrin
> Georgia Bar No. 627836
> psavrin@fmglaw.com
>
> *Attorneys for Defendant Allied Insurance Company of America*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  770.937.9960

5