UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HENRY'S LOUISIANA GRILL, INC. and HENRY'S UPTOWN LLC,<br><br>  Plaintiffs,<br><br>v.<br>ALLIED INSURANCE COMPANY OF AMERICA,<br><br>  Defendant. | Civil Action File No. 1:20-cv-02939-TWT |

## **NOTICE OF APPEAL**

Plaintiffs, HENRY'S LOUISIANA GRILL, INC. and HENRY'S UPTOWN LLC (collectively, "Plaintiffs" or "Henry's"), pursuant to Rule 3 of the Federal Rules of Appellate Procedure, hereby gives notice that Plaintiffs appeal to the United States Court of Appeals for the Eleventh Circuit from the Opinion and Order dated October 6, 2020 (Doc. 36) and the Judgment entered on October (Doc. 37, which granted Defendant's Motion to Dismiss (Doc. 4).

The United States Court of Appeals for the Eleventh Circuit has jurisdiction of this appeal pursuant to 28 U.S.C. §1291, as the Court's October 6, 2020 Opinion and Order (Doc. 36) effectuated a final judgment in favor of Defendant Allied Insurance Company of America and had the effect of terminating the action. The

1

District Court entered Judgment thereon on October 6, 2020 (Doc. 37). This Notice is filed within thirty (30) days of the entry of the subject October 6, 2020 Order and Judgment. All orders and proceedings in the district court are therefore properly before this Court for review. *Barfield v. Brierton, 883 F.2d 923, 931 (11th Cir. 1989).*

Respectfully submitted this 4th day of November, 2020.

/s/ *James J. Leonard*
James J. Leonard
Georgia Bar No. 446655
BARNES & THORNBURG LLP
Prominence in Buckhead
3475 Piedmont Road, N.E., Suite 1700
Atlanta, Georgia  30305-2954
Telephone:  (404) 846-1693
Facsimile:  (404) 264-4033
Jim.Leonard@btlaw.com

*COUNSEL FOR PLAINTIFFS*
*HENRY'S LOUISIANA GRILL, INC. and*
*HENRY'S UPTOWN LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2020, I electronically filed the foregoing PLAINTIFFS' NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Philip W. Savrin
psavrin@fmglaw.com
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948

*Counsel for Defendant*
*Allied Insurance Company of America*

　　　　　　　　　　　　　　　　　　　　/s/ James J. Leonard
　　　　　　　　　　　　　　　　　　　　James J. Leonard
　　　　　　　　　　　　　　　　　　　　Georgia Bar No: 446655

DMS 18435964.1